February 25, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BIG MASONRY, L.L.C, Appellant

NO. 14-13-00942-CV                    V.

EDWARD LIVING TRUST, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 10, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Big Masonry, L.L.C.

We further order this decision certified below for observance.